IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO  DIVISION


LAMAR K. WALLER                                                                           PLAINTIFF


VS.                                        Civil No. 15-cv-1064


BRYCE BURROUGHS; LAURA BAGWELL;
HALEY HUDSON; and CORA BYRD CONNARD                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 23, 2016, by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 15).

Judge Bryant recommends that Defendants' Motion to Dismiss (ECF No. 12) be granted and that

Plaintiff's Complaint be dismissed. The parties have not filed objections to the Report and

Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1). Therefore, the Court

adopts the Report and Recommendation *in toto*.  Plaintiff's Complaint is hereby **DISMISSED**. This

dismissal is counted as a strike pursuant to 28 U.S.C. § 1915(g).

**IT IS SO ORDERED**, this 9th day of August, 2016.


/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge